## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 11-581-JL |
| ) | |
| Land and Buildings Located at 44 Glen Drive, ) | |
| Hudson, New Hampshire, with all Appurtenances ) | |
| and Improvements Thereon, Owned by ) | |
| Alexander and Diane Samaras; ) | |
| ) | |
| Six Thousand Five Hundred Fifty Dollars and ) | |
| eighty-five cents ($6,550.85), in United States ) | |
| Currency, more or less, seized from Alexander ) | |
| Samaras; ) | |
| ) | |
| and ) | |
| ) | |
| Funds in Citizens Bank Account #3348354085, ) | |
| in the name of Alexander Samaras, ) | |
| ) | |
| Defendants *in rem.* ) | |
| _____) | |

**FINAL ORDER OF FORFEITURE OF $32,782.09 AS SUBSTITUE *RES* FOR DEFENDANT *IN REM* (1) AND DISMISSAL OF DEFENDANT *IN REM* (1)**

1. On December 16, 2011, the United States filed a Verified Complaint for Forfeiture in Rem, seeking the forfeiture of the above-named assets, based upon alleged violations of 18 U.S.C § 1956(h), and 21 U.S.C § 881(a)(6) and (7).

2. The United States and Alexander and Diane Samaras have reached an agreement which provides for the forfeiture of $32,782.09 substitute res for the defendant *in rem* (1) 44 Glen Drive, Hudson, NH, and dismissal of defendant *in rem* (1).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That all right, title and interest to $32,782.09 as substitute *res* for defendant *in rem* (1) 44 Glen Drive, Hudson, NH, is hereby condemned, forfeited and vested in the United States of America pursuant to 21 U.S.C § 881(a)(7), free from the claims of any other party.

B. That the forfeited funds shall be disposed of by the United States Marshals Service (USMS) in accordance with the applicable law and regulations. These funds shall be deposited into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

C. That defendant *in rem* (1) 44 Glen Drive, Hudson, NH is dismissed from this action.

The Clerk is hereby directed to send two certified copies of this Order to the United States Marshal's Service and one certified copy to United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck.

Dated: 7/25/13

_____
UNITED STATES DISTRICT JUDGE